IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Colin Winston Welch, | ) | C/A No.: 3:13-3488-MBS-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Eaton Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      This matter comes before the court on the motion of Eaton Corporation ("Defendant") to compel Colin Winston Welch ("Plaintiff") to produce responses to Defendant's First Set of Interrogatories and First Requests for Production served on January 6, 2014. [Entry #12]. The motion indicates that the discovery requests were duly served and that full and complete responses have not been made within the time prescribed by Fed. R. Civ. P. 26. Defendant indicates that the parties agreed to an extension until April 1, 2014, for Plaintiff to respond to the discovery requests. *Id*. Defendant further indicates that it has not received any responses to the discovery requests to date.

      In light of the foregoing, the court grants the motion to compel. Plaintiff is directed to provide responses to the discovery request by April 21, 2014.

      IT IS SO ORDERED.

*Shiva V. Hodges*

April 7, 2014                                   Shiva V. Hodges
Columbia, South Carolina             United States Magistrate Judge