IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Colin Winston Welch, | ) | C/A No.: 3:13-3488-MBS-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Eaton Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the court on the motion of Eaton Corporation ("Defendant") to compel Colin Winston Welch ("Plaintiff") to produce responses to Defendant's Second Set of Interrogatories and Second Requests for Production served on July 31, 2014. [Entry #33]. The motion indicates that the discovery requests were duly served and that full and complete responses have not been made within the time prescribed by Fed. R. Civ. P. 26. Defendant indicates that the parties agreed to an extension until September 9, 2014, for Plaintiff to respond to the discovery requests. *Id*. Defendant further indicates that it has not received any responses to the discovery requests.

In light of the foregoing, the court grants the motion to compel. Plaintiff is directed to provide responses to the discovery request by October 14, 2014. Should Plaintiff fail to timely provide the discovery responses, Defendant is invited to file a motion for sanctions for attorneys' fees and costs.

IT IS SO ORDERED.

*Shiva V. Hodges*

September 30, 2014                                         Shiva V. Hodges
Columbia, South Carolina                              United States Magistrate Judge